UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 03 CR 689 |
| | ) | Judge Joan B. Gottschall |
| MAGIN VILLASENOR | ) | |

## PROTECTIVE ORDER

Upon the motion of the United States for a protective order pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby ordered as follows:

1. The materials produced by the government, all of which are stamped with the word "CONFIDENTIAL," may be utilized by the defendants and their counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. The materials and their contents, and any notes, records or copies of any kind that defense counsel or the defendants may make relating to the contents of materials provided by the government shall not be disclosed either directly or indirectly to any person or entity other than the defendants, their counsel, such other persons defense counsel reasonably deem necessary to prepare a defense, or such other persons as to whom the Court may authorize disclosure. As a further limitation on the distribution of these materials, while defendants' counsel may show the materials to defendants, defendants' counsel may not provide to defendants copies of the materials for defendants to maintain.

2. Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER:

_____
JOAN B. GOTTSCHALL
United States District Judge

JUL 24 2008

_____
DATE